UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-20017 CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

WALKER LEE WRIGHT,
        Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** has come before the Court upon the Defendant's Motion To Suppress, filed March 13, 2009 (DE 17).  The Government filed a response on March 24, 2008 (DE 18).  The motion was referred to Magistrate Judge Garber who held a hearing on  April 13, 2009.  A Report and Recommendation was issued and defendant filed objections.  Defendant requests a de novo evidentiary hearing so that this Court may judge the credibility of the witnesses.  The Court finds no basis for a new hearing.

Magistrate Judge Garber held an evidentiary hearing and provided a detailed account of the evidence and of his findings.  Based on a review of the Magistrate's Report and Recommendation and all the supporting documents, the Court agrees with the Magistrate's assessment.  The Court being fully advised in the premises,  it is

**ORDERED AND ADJUDGED** that the Report and Recommendation is hereby ADOPTED.  It is further

**ORDERED AND ADJUDGED** that the Motion to Suppress is hereby **DENIED**.

**DONE AND ORDERED** at West Palm Beach, Florida, this _____ day of May, 2009.

DONALD M. MIDDLEBROOKS
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record